## SKILLMAN v. RILEY.

Where there are amendments to a proposed statement on appeal, the draft prepared and the amendments allowed should be incorporated into one document; and, in their separate form, do not constitute such a statement as will be noticed on appeal.

APPEAL from the District Court of the Fourteenth Judicial District, County of Nevada.

*James Churchman* for Appellant.

*J. R. McConnell* for Respondent.

FIELD, J., delivered the opinion of the Court—TERRY, C. J., and BALDWIN, J., concurring.

The papers embodied in the transcript, purporting to be a statement, are subject to the objection taken in Marlow v. Marsh, (9 Cal., 259.) The draft prepared by the appellant, and the

amendments proposed by the respondent, and allowed by the Judge who tried the cause, are not incorporated into one document, and in their separate form do not constitute such a statement as we will notice on appeal.   This was expressly decided in the case cited, and in People v. Edwards, (9 Cal., 291.)   The judgment-roll is, therefore, the only record properly before us, and this does not disclose any error in the action of the Court below.

Judgment affirmed.